SEPEHR DAGHIGHIAN, State Bar No. 239349
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone:   (310) 887-1333
Facsimile:    (310) 887-1334
E-mail: sepehr@daghighian.com

MELVIN K. SILVERMAN, *Pro Hac Vice*
**M.K. SILVERMAN & ASSOCIATES, P.C.**
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone:   (973)508-5033
Facsimile:    (888) 889-5866
E-mail: mks@mkspc.com

Attorneys for Plaintiff:
**THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS**

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS, a Florida Trust,<br><br>        Plaintiff,<br><br>v.<br><br>MERCHANTS OF GOLF, INC., a California Corporation,<br><br>        Defendant. | Case No.  CV10 2634 ODW (CWx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION**<br><br>Date: Monday, July 12, 2010<br>Time: 1:30 p.m.<br>Court: Courtroom 11<br>Judge: Honorable Otis D. Wright |

## JUDGMENT

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, THE IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS, a Florida Trust, shall recover from Defendant, MERCHANTS OF GOLF, INC., a California Corporation, the sum of:

   $104,958.00  in actual damages;

   $470.00 in costs;

$314,874.00 in enhanced damages for willful infringement;

$9,897.00 in attorney's fees;

Computing to a total of: $325,241.48 in monetary damages.

## PERMANENT INJUNCTION

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT:

1. Defendant, MERCHANTS OF GOLF, INC., a California Corporation, along with its officers, directors, members owners, employees or everyone in privity or active concert with them are permanently enjoined from infringing Plaintiff's United States Patent No.: 5,735,754 in connection with any product sold by Defendant, including but not limited to Defendant's "Red Zone" and "Pink" golf clubs.

2. This Court shall retain jurisdiction of this case for the purpose of enforcement of this Judgment and Permanent Injunction.

IT IS SO ORDERED.

DATED: July 23, 2010

_____

UNITED STATES DISTRICT JUDGE